OPINION — AG — IF THE TRACT OF LAND IN QUESTION IS NOT NEEDED BY THE NORTHERN OKLAHOMA JUNIOR COLLEGE, AND ITS BOARD OF REGENTS SO FINDS, AND IT IS DESIRED TO CONVEY THE SAME TO THE TONKAWA SCHOOL DISTRICT FOR USE AS A SITE FOR A SCHOOL BUILDING, SUCH CONVEYANCE SHOULD BE MADE ONLY FOR AND ADEQUATE CONSIDERATION, AND NOT MERELY A NOMINAL CONSIDERATION. CITE: 70 O.S.H. 1904, 70 O.S.H. 1904(A), ARTICLE XI, SECTION 1 (J. H. JOHNSON)